IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| BNSF Railway Company, | ) | |
| Plaintiff, | ) | **Case No. 21-cv-3072** |
| vs. | ) | |
| The Town of Cicero, Illinois, | ) | |
| Defendant. | ) | |

## DEFENDANT TOWN'S TABLE OF SUPPLEMENTAL RULE 56.1 STATEMENT EXHIBITS

| Exhibit | Title |
|---|---|
| A | Cicero Charter |
| B | U.S. Census Bureau – Cicero Facts |
| C | BNSF Railway Consolidated Financial Statement |
| D | Section 98-232 of the Town Code |
| E | Town Ordinance dated 12.08.2020 Amending Sewer Fees |
| F | Chapter 98 of the Town Code -Utilities |
| G | Town Ordinance dated 06.09.2020 Amending Sewer Fees |
| H | Affidavit of Engineer Tim Geary dtd. 07.01.2021 (with Exhibits A+B attached) |
| I | Affidavit of Water Department re: Sewer Billing dtd. 12.07.2021 |
| J | Affidavit of Water Director Lido Manetti dtd. 07.01.2021 |
| K | Town Board Agenda for 12.08.2020 |
| L | Town Sewer Ordinance dtd. 07.21.1958 |
| M | Supplemental Affidavit of Town Engineer Tim Geary dtd. 12.08.2021 |
| N | MWRD Minutes re: Passage of Watershed Management Ordinance (WMO) and Watershed Management Ordinance (2014) |
| O | Deposition Transcript of BNSF Hub Director Chuck Burriss |
| P | Deposition Transcript of BNSF 30(b)(6) designee Rakia Tasiu re: BNSF utilization of sewer system |
| Q | Deposition of Town Water Director Lido Manetti |
| R | Affidavit of Town Finance Director dtd. 12.08.2021 |
| S | Citgo Quick Facts |
| T | Bimbo Bakeries USA Quick Facts |
| U | Amazon 2020 Annual Report |