# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

BNSF Railway Company
                              Plaintiff,

v.                                              Case No.: 1:21−cv−03072
                                                           Honorable Steven C. Seeger

Town of Cicero, Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 8, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on September 8, 2022. For the reasons stated on the record, Plaintiff's motion for summary judgment (Dckt. No. [52]) is granted in part and denied in part. The Court directs counsel to meet and confer and submit a draft of the permanent injunction order to the Court's proposed inbox by September 16, 2022. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.